IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARREN BENNIE, individually | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 08-C-1262 |
| | : |
| MET-PRO CORPORATION, | : Honorable David Coar |
| a Delaware corporation, | : |
| | : |
| Defendant. | : |

### NOTICE OF MOTION

To:   See attached Certificate of Service

     PLEASE TAKE NOTICE that on the 13th day of March, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable David Coar, or any judge sitting in his stead in Room 1419 of the Dirksen Federal Building, and shall then and there present **Defendant's Motion for Extension of Time,** a copy of which is attached and hereby served upon you.

Dated: March 10, 2008

                                        Respectfully submitted,

                                 By   /s/James A. Fletcher
                                     James A. Fletcher, No. 835013
                               Fletcher & Sippel LLC
                               29 North Wacker Drive, Suite 920
                               Chicago, Illinois  60606-2832
                               Telephone:   312/252-1500
                               Facsimile:   312/252-2400
                               Email: jfletcher @fletcher-sippel.com

                               Elizabeth A. Malloy
                               David L. Hackett
                               Kelly L. Bannister
                               Buchanan Ingersoll & Rooney, PC
                               1835 Market Street
                               Philadelphia, Pennsylvania  19103
                               Telephone:   215/665-8700

                               **Attorneys for Defendant Met-Pro Corporation**