IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WARREN BENNIE, individually | : | |
| Plaintiff, | : | |
| v. | : | Case No. 08-C-1262 |
| MET-PRO CORPORATION, a Delaware corporation, | : | Honorable David Coar |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant Met-Pro Corporation ("Met-Pro"), by its attorneys, moves the Court for an extension of time to answer or otherwise plead to the complaint for declaratory judgment filed by plaintiff Warren Bennie. As support for its Motion, Met-Pro states as follows:

1. On December 21, 2007, plaintiff filed a complaint for declaratory judgment in the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois.

2. On March 3, 2008, Met-Pro filed a Notice of Removal with the Clerk of this Court, removing the action from the Circuit Court for the Eighteenth Judicial Circuit to this court.

3. The parties are in the process of discussing settlement of the case and believe that Met-Pro's time for filing a responsive pleading should be extended so that those discussions can be pursued.

4. Met-Pro would ask that the Court enter an order extending its time to answer or otherwise plead by 28 days to and including April 7, 2008. Counsel for Met-Pro has

discussed the proposed extension with counsel for plaintiff and counsel for plaintiff has no objection to the requested extension.

WHEREFORE, Met-Pro prays that the Court enter an order extending the time for it to answer or otherwise plead by 28 days to and including April 7, 2008.

Dated: March 10, 2008

Respectfully submitted,

By  /s/James A. Fletcher
James A. Fletcher, 835013
Fletcher & Sippel LLC
29 North Wacker Drive, Suite 920
Chicago, Illinois  60606-2832
Telephone:   312/252-1500

Elizabeth A. Malloy
David L. Hackett
Kelly L. Bannister
Buchanan Ingersoll & Rooney, PC
1835 Market Street
Philadelphia, Pennsylvania  19103
Telephone:   215/665-8700

**Attorneys for Defendant Met-Pro Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2008, I caused a true and correct copy of **Defendant's Motion for Extension of Time** to be served via the ECF System of the United States District Court for the Northern District of Illinois upon:

> Kevin M. Lyons
> Rolewick & Gutzke, P.E.
> 1776 South Naperville Road
> Suite 104A
> Wheaton, Illinois  60187

>                     s/     James A. Fletcher
>                            James A. Fletcher