IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARREN BENNIE, individually ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 1262 |
| v. ) | |
| ) | |
| MET-PRO CORPORATION, ) | |
|     a Delaware Corporation ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS UNDER FRCP 41(a)(1)

NOW COMES the Plaintiff, WARREN BENNIE, by and through his attorneys, ROLEWICK & GUTZKE, P.C., and moves this Court to Dismiss his Complaint for Declaratory Judgment against the Defendant, MET-PRO CORPORATION, under FRCP 41(a)(1), and states as follows:

    1.    The Plaintiff, Warren Bennie, filed the instant action in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois (Case No. 07 MR 1852) against Met-Pro Corporation, a Pennsylvania corporation, which was served on February 1, 2008; and Defendant Met-Pro Corporation subsequently removed the action to the United States District Court for the Northern District of Illinois, Eastern Division on March 3, 2008.

    2.    Counsel for the Plaintiff and the Defendant have filed their appearances with the United States District Court for the Northern District of Illinois, Eastern Division.

3.  The Plaintiff and the Defendant have agreed to dismiss the instant action without prejudice.

4.  Each party shall bear his or its own costs and attorney's fees.


On Behalf of the Plaintiff

*[signature]*

David F. Rolewick, Esq.
davidr@rglawfirm.com
ROLEWICK & GUTZKE, P.C.
1776 S. Naperville Rd, Ste. 104A
Wheaton, Illinois 60187
Phone: (630) 653-1577
Attorney for Plaintiff Warren Bennie

On Behalf of the Defendant

*[signature]*

James A. Fletcher, Esquire
Fletcher & Sippel LLC
29 N. Wacker Drive, Ste. 920
Chicago, Illinois, 60606
Phone: (312) 252-1500
Attorney for Defendant
Met-Pro Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2008, I caused a true and correct copy of the parties' **Stipulation to Dismiss Under FRCP 41(a)(1)** to be served via the ECF System of the United States District Court for the Northern District of Illinois upon:

>Kevin M. Lyons
>David F. Rolewick
>Rolewick & Gutzke, P.E.
>1776 South Naperville Road
>Suite 104A
>Wheaton, Illinois  60187

>s/    James A. Fletcher
>       James A. Fletcher