# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1262 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Warren Bennie vs. Met-Pro Corporation | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation of Dismissal, this action is Dismissed without prejudice. Each party shall bear his or its own costs and attorney's fees. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|